| | |
|---|---|
| 1 | **WEILAND, GOLDEN,** |
| | **SMILEY, WANG EKVALL & STROK, LLP** |
| 2 | Evan D. Smiley, State Bar No. 161812 |
| | Lei Lei Wang Ekvall, State Bar No. 163047 |
| 3 | Philip E. Strok, State Bar No. 169296 |
| | Hutchison B. Meltzer, State Bar No. 217166 |
| 4 | 650 Town Center Drive, Suite 950 |
| | Costa Mesa, California 92626 |
| 5 | Telephone: (714) 966-1000 |
| | Facsimile:  (714) 966-1002 |
| 6 | |
| | General Insolvency Counsel for Debtor and |
| 7 | Debtor-in-Possession |


FILED
OCT 17 2006


ENTERED
OCT 18 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re

SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation, CRABBY BOB'S FRANCHISE CORP., a California corporation, LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03-15911 ES,

Debtor and Debtor-in-Possession.

Case No.: SA 06-11444 ES

Chapter 11 Case

**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER:**

(1) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS;

(2) AUTHORIZING AND APPROVING THE ASSUMPTION OF UNEXPIRED LEASE; AND

(3) AUTHORIZING THE DEBTOR TO ENTER INTO AND APPROVING FRANCHISE AGREEMENT AND SUBLEASE

[NATIONAL SPORTS GRILL RESTAURANT LOCATED IN TORRANCE, CALIFORNIA]

DATE:  October 17, 2006
TIME:  10:30 a.m.
CTRM:  5D

201472_1.WPD                                1                                ORDER

On October 17, 2006, at 10:30 a.m., the Debtor-in-Possession's Motion for Order: (1) Authorizing and Approving the Sale of Certain Assets of the Estate Free and Clear of Liens, Claims, and Interests; (2) Authorizing and Approving the Assumption of Unexpired Lease; and (3) Authorizing the Debtor to Enter Into and Approving Franchise Agreement and Sublease (the "Motion") came on for hearing before the above-captioned court. Lei Lei Wang Ekvall, Esq., of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP appeared on behalf of Spectrum Restaurant Group, Inc., a Delaware corporation ("SRG" or the "Debtor"); Grandy's, Inc., a California corporation ("Grandy's"); Spoons Restaurants, Inc., a Texas corporation ("Spoons"); Spectrum Foods, Inc., a California corporation ("Spectrum"); Crabby Bob's Franchise Corp., a California corporation ("Crabby Bob's"), Local Favorite, Inc., a California corporation ("Local Favorite"), substantively consolidated reorganized debtors under Case No. SA 03-15911 ES (collectively, the "Debtor"). All other appearances are as noted in the Court's record.

Having reviewed the Motion and all papers filed in support thereof and in response thereto, having considered the oral arguments of the parties at the hearing, and having found that notice and service of the Motion were proper and adequate,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. Pursuant to 11 U.S.C. §§ 363(b) and (f), the Debtor is authorized to enter into the Agreement for Purchase and Sale, which is attached as Exhibit "1" to the Motion and incorporated herein by this reference, and that the terms and conditions of the Agreement for Purchase and Sale are approved;

3. Pursuant to 11 U.S.C. §§ 363(b) and (f), the Debtor is authorized to sell to NSB Sports, Inc. (the "Purchaser"), the assets detailed in the Agreement for Purchase and Sale free and clear of liens, claims and interests on an as-is, where-is basis with any unpaid liens, claims, or interests to attach to the proceeds of the sale subject to all parties' rights and claims to dispute and object to such liens, claims and interests as set forth in the Motion;

4. The Debtor is authorized to take any actions reasonably necessary to effectuate the terms and conditions of the Agreement for Purchase and Sale, including executing any documents contemplated by the Agreement for Purchase and Sale and paying any necessary closing costs, cure payments to the State Board of Equalization for the transfer of the liquor license, and tax payments, including unpaid and past due real property taxes for years 2003 - 2004 and 2005 - 2006;

5. Pursuant to 11 U.S.C. § 363, the Debtor is authorized to exercise the purchase option of the lease with CIT of the point-of-sale system, in order to convey title to the point-of-sale system to the Purchaser as-is, where-is, free and clear of liens, claims, and interests;

6. Pursuant to 11 U.S.C. § 363, the Debtor is authorized to enter into and take any actions reasonably necessary to effectuate the terms and conditions of the Franchise Agreement attached as Exhibit "4" to the Motion or one in substantial similar form, and the terms and conditions of the Franchise Agreement are hereby approved;

7. Pursuant to 11 U.S.C. § 363, the Debtor is authorized to enter into and take any actions reasonably necessary to effectuate the terms and conditions of the Sublease attached as Exhibit "3" to the Motion, or one in substantially similar form, and the terms and conditions of the Sublease are hereby approved;

8. Having met the requirements of 11 U.S.C. § 365(b) and pursuant to 11 U.S.C. § 365(a), the Debtor is authorized to assume the Master Lease, attached as Exhibit "2" to the Motion and incorporated herein by this reference, including all amendments, modifications, and options thereto;

9. The Purchaser is a good faith purchaser pursuant to 11 U.S.C. § 363(m); and

1 |     10.    The requirement of a stay pursuant to Federal Rule of Bankruptcy Procedure 6004(g) is waived.

DATED: 10/17/06

THE HONORABLE ERITHE A. SMITH
United States Bankruptcy Judge

**NOTE TO THE USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

| | |
|---|---|
| In re        (Short Title) | **Case No.** SA 06-11444 ES |
| SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation, CRABBY BOB'S FRANCHISE CORP., a California corporation, LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03-15911 ES, | Chapter 11 Case |
| Debtor. | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify): **ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER: (1) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; (2) AUTHORIZING AND APPROVING THE ASSUMPTION OF UNEXPIRED LEASE; AND (3) AUTHORIZING THE DEBTOR TO ENTER INTO AND APPROVING FRANCHISE AGREEMENT AND SUBLEASE [NATIONAL SPORTS GRILL RESTAURANT LOCATED IN TORRANCE, CALIFORNIA]** was entered on (specify date): OCT 18 2006

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date) OCT 18 2006

**DATED:** OCT 18 2006

**Clerk of the Court**

By: _R. Rey_
**Deputy Clerk**

201506_1.WPD

In re Spectrum Restaurant Group, Inc.
Case No. SA 06-11444 ES
September 22, 2006
LLWE's Sale Motion (Torrance) Short List
Document #199565v1 (MS)

## SERVICE LIST:

**United States Trustee**
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701
Tel. (714) 338-3400
Fax (714) 338-3421

Kenneth Mucha
Spectrum Restaurant Group, Inc.
18500 Von Karman Avenue., Suite 380
Irvine, CA 92612
**Debtor and Debtor-in-Possesion**

Jeffrey N. Pomerantz, Esq.
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub PC
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA 90067
Tel. (310) 277-6910
Fax (310) 201-0760
**Proposed Attorneys for The Official
Committee of Unsecured Creditors**

Penelope Parmes, Esq.
Rutan & Rucker, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Tel. (714) 641-5100
Fax (714) 546-9035
**Attorneys for Secured Creditor, BET**

199565

Todd C. Ringstad, Esq.
Ringstad & Sanders LLP
2030 Main St #1200
Irvine, CA 92614
Tel. (949) 851-7450
Fax (949) 851-6926
**Attorneys for Anwar Soliman**

Anwar Soliman
375 Camden Place
Laguna Beach, CA 92651
**Shareholder**

Heinz Binder, Esq.
Robert G. Harris, Esq.
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Tel. (408) 295-1700
Fax (408) 295-1531
**Attorney for Daylight Produce Company, Inc.**

Michael L. Tuchin
Courtney Pozmantier
Klee, Tuchin, Bogdanoff & Stern LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067-5061
Tel. (310) 407-4000
Fax (310) 407-9090
**Attorneys for U.S. Foodservice, Inc.**

Louis W. Diess, III, Esq.
McCarron & Diess
4900 Massachusetts Ave., N.W., Suite 310
Washington, DC 20016
Tel. (202) 364-0400
Fax (202) 364-2731
ldiess@mccarronlaw.com
**Attorneys for F.T. Produce, Inc. Dba Family Tree Produce**

199565

Joseph Chaote, Jr., Esq.
Bradley L. Cornell, Esq.
Chaote & Chaote
523 West 6th Street, Suite 541
Los Angeles, CA 90014
Tel. (213) 623-8136
Fax (213) 623-6429
**Attorneys for F.T. Produce, Inc. Dba Family Tree Produce**

NSB Sports, Inc.
Attention: Tony Garcia
4121 Prospect Ave.
Yorba Linda, CA 92886
**Purchaser**

William Malcom
Malcolm & Cisneros
2112 Business Center Dr., 2th Floor
Irvine, CA 92612
**Purchaser's Attorney**

CIT
1540 West Fountinhead Pkwy
Tempe AZ 85282

Paul S. Arrow, Esq.
Buchalter, Nemer, APC
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-5704
**Attorneys for CIT**

SA Properties Company, LP
116 A. Main Street
Tiburon, CA 94920
**Lessor**

Campeau Goodsell Smith, L.C.
Scott L. Goodsell, Esq.
William J. Healy, Esq.
38 West Santa Clara Street
San Jose, CA 95113
**Attorneys for David Keesling and Barbara Keesling individual and as Trustee of The Keesling Family Trust etc.**

199565

State Board of Equalization
P.O. Box 94279
Sacramento, CA 94279

Lei Lei Wang Ekvall, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive
Suite 950
Costa Mesa, California 92626
**Insolvency Counsel for Debtor and Debtor-in-Possession**

199565