CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
38 West Santa Clara Street
San Jose, California   95113
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606
e-mail:  sgoodsell@campeaulaw.com
e-mail:  whealy@campeaulaw.com

ATTORNEYS FOR Creditors
DAVID KEESLING AND BARBARA KEESLING, Individually and as trustees of THE KEESLING FAMILY TRUST AS EXECUTED OCTOBER 14, 1984; THE VOYTEK FAMILY INVESTMENT COMPANY, LLC, a California Limited Liability Company

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation; CRABBY BOB'S FRANCHISE CORP., a California corporation; LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03-15911 ES,<br><br>Debtors. | Case No. SA 06-11444 ES 11<br><br>CHAPTER 11<br><br>**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 344 AND 345** |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 344 AND 345**

Creditors DAVID KEESLING AND BARBARA KEESLING, Individually and as trustees of THE KEESLING FAMILY TRUST AS EXECUTED OCTOBER 14, 1984; THE VOYTEK FAMILY INVESTMENT COMPANY, LLC, a California Limited Liability Company ("Keesling")  hereby give notice of the withdrawal of Proofs of Claim Nos. 344 and 345 pursuant to an agreement between Debtors and Keesling:

DATED: November 29, 2007            CAMPEAU GOODSELL SMITH

By:    /s/ William J. Healy
       William J. Healy, Esq.
       Attorneys for Keesling